ARANKA SZABO, Appellant, v. KALMAN SZABO, Respondent.

Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley and Untermyer, JJ., dissent; dissenting opinion by Untermyer, J.

UNTERMYER, J. (dissenting). Although we are inclined to the opinion that the judgment in favor of the defendant on the plaintiff's cause of action is against the weight of the evidence, that issue seems not to be important since the parties are separated under a written contract which provides for the support of the wife. We find no possible basis, however, for the judgment against the plaintiff on the defendant's counterclaim for abandonment. The alleged abandonment consisted of a separation which occurred pursuant to a written separation agreement between the parties, the enforcibility of which is rendered doubtful by the present judgment.

The judgment, to the extent that it grants a separation in favor of the defendant husband, should be reversed and the counterclaim dismissed.

O'Malley, J., concurs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD S. COGAN, Appellant, v. MARY MANN, Respondent.— No appeal from the prior order at Special Term being before us, the order appealed from is unanimously affirmed, with twenty dollars costs and disbursements, without prejudice to relator's rights on appeal, if any, from the order entered on or about September 25, 1941, or to relator's rights in the pending plenary action. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of JOHN J. WALSH on Behalf of Himself and 157 Others Similarly Situated, Petitioners, Appellants, for an Order Pursuant to Article 78 of the Civil Practice Act, against PAUL J. KERN, President and Commissioner, and Others, Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of K & K LEASING CORP., Petitioner, Respondent, for an Order against HARRIS H. MURDOCK, and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents, and MICHAEL GATTO, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ESTHER E. HEFLIN, Appellant, v. EMMETT E. HEFLIN, Respondent.— Orders affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J. dissents and votes to reverse and grant the motions. [177 Misc. 290.]